```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 02052
   JEAN MCSMITH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5616


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 01/30/2008 and was not confirmed.

   The case was dismissed without confirmation 04/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         12806.13        .00            .00
CAPITAL ONE                UNSECURED         37788.10        .00            .00
COMMONWEALTH EDISON        UNSECURED          1124.52        .00            .00
LITTON LOAN SERVICING      CURRENT MORTG         .00         .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE     29948.79        .00            .00
LITTON LOAN SERVICING      NOTICE ONLY      NOT FILED        .00            .00
BANK ONE                   SECURED VEHIC      2487.37        .00            .00
SILVERLEAF VACATION CLUB   SECURED NOT I         .00         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         17745.77        .00            .00
HFC USA                    UNSECURED        NOT FILED        .00            .00
HSBC NC                    UNSECURED        NOT FILED        .00            .00
LOU HARRIS COMPANY         UNSECURED        NOT FILED        .00            .00
NICOR GAS                  UNSECURED        NOT FILED        .00            .00
STEVEN MCSMITH             NOTICE ONLY      NOT FILED        .00            .00
STEVEN MCSMITH             NOTICE ONLY      NOT FILED        .00            .00
BANK ONE                   UNSECURED            11.53        .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        ---------------   ---------------
TOTALS                     .00                   .00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 02052 JEAN MCSMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |